# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00012-CR

### In re Kodell Valentino Foster

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on January 9, 2026, is denied.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: February 19, 2026

Before Justice Smith,
      Justice Harris, and
      Senior Justice Davis[1]
Denied
Do Not Publish
OT06



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.